```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
KENYA D. LAWTON,                   :
                    Plaintiff,     :    21 Civ. 5036 (VM)
                                   :
    - against -                    :    ORDER
                                   :
GETTY IMAGES, INC., et al.,        :
                    Defendants.    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 16, 2021

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than October 16, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:   New York, New York
         16 September 2021

_____
Victor Marrero
U.S.D.J.